# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| KEITH M. ERICSON, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | Civil Action No. 15-13677-FDS |
| LISA MITCHELL, | ) ) ) | |
| Respondent. | ) ) | |

## MEMORANDUM AND ORDER ON PETITIONER'S MOTIONS TO APPOINT COUNSEL AND STAY PROCEEDINGS

**SAYLOR, J.**

On June 1, 2016, this Court ordered petitioner to file a more definite statement adhering to the standard-form petition required by Rule 2(c) of the Rules Governing Section 2254 Cases on or before July 13, 2016.  Petitioner failed to file a more definite statement by that date, and instead has filed a series of motions to appoint counsel and stay the proceedings.  On October 17, 2016, respondent filed a motion to dismiss the petition for lack of prosecution and failure to comply with this Court's order.

Petitioner's motion to appoint counsel (Docket No. 29) is DENIED without prejudice to its renewal.

Petitioner's motions to stay the proceedings (Docket Nos. 30 and 31) are DENIED.

Petitioner is ORDERED to file a response to respondent's motion to dismiss, filed October 17, 2016, on or before December 29, 2016.  If petitioner fails to do so, his petition may be denied for failure to prosecute.

**So Ordered.**

|  |  |
|---|---|
| Dated:  November 28, 2016 | /s/  F. Dennis Saylor<br>F. Dennis Saylor IV<br>United States District Judge |